FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAR 31 PM 12:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

APAC-SOUTHEAST, INC.,

Plaintiff,

v.

MALPHRUS CONSTRUCTION COMPANY, INC.,

Defendant.

CASE NO. CV410-109

**O R D E R**

Before the Court is Plaintiff APAC-Southeast's ("APAC") Report on Arbitration and Motion to Extend Stay. (Doc. 34.) This Court previously granted the Parties' Consent Motion to Stay Litigation and to Compel Arbitration. (Doc. 30.) In that order, the Court stayed this case for ninety days and directed the parties to arbitrate this dispute. (Id. at 2.) In addition, the parties were directed to notify the Court within seven days of the conclusion of arbitration. (Id.)

In the report, Plaintiff states that arbitration proceedings were scheduled for March 7, 2011 and that the arbitrator will issue an award within thirty days of that date. (Doc. 34 at 2.) Plaintiff, therefore, requests that the stay be extended through April 15, 2011 to allow time for the parties to conduct arbitration and the arbitrator

to issue an award. After careful consideration, Plaintiff's motion is **GRANTED** and this **CASE IS STAYED** until **April 15, 2011**. If the parties have not settled this matter in arbitration by that date, the stay will be lifted. The parties are further **DIRECTED** to notify the Court within seven days of receiving a decision from the arbitrator. Such notice should inform the Court of the resolution of the parties' dispute and whether this litigation should be dismissed.

SO ORDERED this 31st day of March 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA